IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO: 3:03CV577

| | |
|---|---|
| MILTON BLACK,<br>　　　　Plaintiff | )<br>)<br>) |
| vs. | )     **ORDER** |
| CONTINENTAL CASUALTY COMPANY,<br>et al.,<br>　　　　Defendants. | )<br>)<br>)<br>)<br>) |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* with respect to the status of this case. There has been no activity in this case since March 2005, when the Court entered an Order (Document No. 19) denying the Plaintiff's Motion for Remand, and an Order (Document No. 20) denying the Motion to Dismiss filed by the Defendant Ballantyne Resort LLC. Accordingly, the Court directs the parties to file a written report, indicating the status of the case, within twenty days from the filing date of this Order. After such report is filed, the Court may – in its discretion – choose to hold a status conference.

**IT IS, THEREFORE, ORDERED** that the parties file a written report, jointly if possible, indicating the status of the case, within **twenty (20) days** from the filing date of this Order.

Signed: April 6, 2006

David C. Keesler
United States Magistrate Judge

1