```
IN THE UNITED STATES DISTRICT COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
CIVIL ACTION NO. 3:03CV577
```

| | |
|---|---|
| MILTON BLACK,                )                                  | |
|                              )                                  | |
|   Plaintiff,                 )                                  | |
|                              )                                  | |
|   v.                         )   **ORDER**                      | |
|                              )                                  | |
| CONTINENTAL CASUALTY CO.,    )                                  | |
| CONTINENTAL ASSURANCE CO.,   )                                  | |
| CNA GROUP LIFE ASSURANCE CO.,)                                  | |
| THE BISSELL COMPANIES, INC. and )                               | |
| BALLANTYNE RESORT, LLC,      )                                  | |
|                              )                                  | |
|   Defendants.                )                                  | |
|                              )                                  | |

**THIS MATTER IS BEFORE THE COURT** *sua sponte* for scheduling purposes. Counsel for the parties, or the parties themselves if they are not represented by counsel, shall appear before the undersigned on **January 30, 2007** prepared to summarize the status of this case and to argue the pending "Continental Defendants' Motion for Summary Judgment" (Document No. 23), filed July 7, 2006, "Defendants' The Bissell Companies and Ballantyne Resort LCC's Motion for Summary Judgment" (Document No. 28), filed September 12, 2006, and "Defendant, Ballantyne Resort, LLC's Motion to Compel Plaintiff's Responses to Discovery" (Document No. 29), filed September 18, 2006. The parties have consented to magistrate jurisdiction pursuant to 28 U.S.C. § 636(c), and these motions are ripe for disposition.

**IT IS, THEREFORE, ORDERED** that the parties appear before the undersigned on **January 30, 2007** for a Motions Hearing. The Clerk of Court will issue a separate Notice of Hearing confirming the date, time, and location of the hearing.

Signed: December 27, 2006

_____
David C. Keesler
United States Magistrate Judge